UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH SMITH ARDELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO METRO PAROLE DEPARTMENT,<br><br>　　　　　Defendants. | No.  2:13-cv-00421 GEB JFM<br><br><br>FINDINGS & RECOMMENDATIONS |

     By order filed May 31, 2013, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted.  (ECF No. 5.)  Thirty days from that date have now passed, and plaintiff has not filed an amended complaint, or otherwise responded to the court's order.

     Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

     These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified

/////

time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 16, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

arde0421.fta